UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES CURTIS BEACHUM, II,

    Plaintiff,                                   Case No: 13-12736
                                                   Honorable Victoria A. Roberts

v

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## OPINION AND ORDER GRANTING IFP AND SUMMARILY DISMISSING COMPLAINT

Plaintiff filed his Complaint against the State of Michigan, the Michigan Attorney General and the United States Attorney General.  While the Court grants him *in forma pauperis* status, it dismisses his Complaint.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit.  Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional."  *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833 (1989).  Plaintiff's complaint is frivolous under Section 1915(e), as it is both fantastic and delusional.

Accordingly, Plaintiff's complaint is **DISMISSED**.

    **IT IS ORDERED**.


Dated: June 26, 2013                         S/Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

> The undersigned certifies that a copy of this document was served on the attorneys of record and James Curtis Beachum, II, by electronic means or U.S. Mail on June 26, 2013..
>
> S/Carol A. Pinegar
> Deputy Clerk